# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand and fourteen.

Before:    Richard C. Wesley,
              *Circuit Judge*.

_____

Complex Systems, Inc.,
    Plaintiff - Appellee - Cross - Appellant,

    v.

ABN AMRO Bank N.V.,
    Defendant - Appellant - Cross - Appellee.

_____

**ORDER**
Docket No. 14-1666 (L);
              14-1919 (con.)

    Appellant-Cross-Appellee moves to expedite this appeal.

    IT IS HEREBY ORDERED that the motion is GRANTED insofar as: (1) Appellant's brief is due on or before August 18, 2014; (2) Appellee's brief is due on or before September 15, 2014; (3) Appellant's reply brief is due on or before September 29, 2014; and (4) Appellee's reply brief is due on or before October 14, 2014. After the final brief is filed, the case shall be calendared and submitted to a panel as soon as possible, subject to the approval of the presiding judge.

                                                           For the Court:
                                                           Catherine O'Hagan Wolfe,
                                                           Clerk of Court

